

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-12-00077-CV
_____

IN RE:  J.K., A MINOR CHILD

On Appeal from the Fifth Judicial District Court
Cass County, Texas
Trial Court No. 04-C-687

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Tiffany Nicole Morton, appellant, filed her pro se notice of appeal July 24, 2012.

She has neither filed a docketing statement, nor has she paid the filing fee. Morton has also not filed a proof of indigency in lieu of a filing fee. Therefore, Morton is responsible for payment of the filing fee. *See* TEX. R. APP. P. 20.1; app. A(B)(1).

On August 28, 2012, we contacted Morton by letter, giving her an opportunity to cure the various defects, and warning her that if we did not receive an adequate response within ten days, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

Morton informed us that the filing fee would be mailed on September 13. That fee has not been received. Pursuant to TEX. R. APP. P. 42.3(b), we dismiss this appeal for want of prosecution.

Jack Carter
Justice

Date Submitted:     September 25, 2012
Date Decided:       September 26, 2012

2